No. 87–140.  CHAMBERLAIN ET AL. v. UNITED STATES ET AL. Temp. Emerg. Ct. App.  Certiorari denied.

No. 87–234.  ROBERTS ET AL. v. SECRETARY OF LABOR ET AL. C. A. 1st Cir.  Certiorari denied.

No. 87–239.  MOYE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–240.  MIZE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–281.  GOLDSTEIN v. CRAWFORD ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–292.  DEL RIVO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–368.  BANK OF NEW ENGLAND, N. A. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 87–389.  NORRIS v. WIRTZ, TRUSTEE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–412.  VILARDO ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 87–450.  BURTENSHAW v. FERRY.  Super. Ct. Pa.  Certiorari denied.

No. 87–459.  NATIONAL IRANIAN OIL CO. v. ASHLAND OIL, INC.  C. A. 5th Cir.  Certiorari denied.

No. 87–461.  J & J LOG & LUMBER CO. v. GLOBE MACHINE MANUFACTURING CO.  C. A. 9th Cir.  Certiorari denied.

No. 87–465.  INTOWN INVESTORS, INC. v. AVIS RENT-A-CAR SYSTEM, INC.  C. A. 6th Cir.  Certiorari denied.

No. 87–466.  SADLER v. ALUMISMITHS, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.